| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**SAN ANTONIO DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FWLL, LLC** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Fourwinds Logistics; aka Fourwinds Logistics SATX** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **46-3297680** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**10101 Reunion Place, Suite 950**<br>**San Antonio, TX**<br><br>ZIP CODE **78216** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**8000 Jourdan Rd.**<br>**New Orleans, LA**  ZIP CODE **70126** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed   (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee  (Check one box.) | Check one box:  **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>————————————<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **FWLL, LLC** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><b>X</b> _____<br> Date </td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

  ☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____<br>
        (Name of landlord that obtained judgment)

        _____<br>
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.8.1, ID 3097056843)*

| Voluntary Petition | Name of Debtor(s):  **FWLL, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

<table>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

**X** _____

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney\***

**X**  /s/ Thomas Rice
_____
**Thomas Rice**                          Bar No. **24025613**

**Pulman, Cappuccio, Pullen, Benson & Jones, LLP**
**2161 NW Military Highway**
**Suite 400**
**San Antonio, TX 78213**

Phone No.**(210) 222-9494**      Fax No.**(210) 892-1610**

8/27/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**FWLL, LLC**

**X**  /s/ Stan Bates
_____
Signature of Authorized Individual

**Stan Bates**
_____
Printed Name of Authorized Individual

**CEO**
_____
Title of Authorized Individual

**8/27/2015**
_____
Date

</td>
</tr>
</table>

## WRITTEN CONSENT OF THE MAJORITY OF HOLDERS OF MEMBERSHIP INTERESTS IN FWLL, LLC

The undersigned, being the holder of a majority of the membership interests in FWLL, LLC ("FWLL"), a limited liability company existing under and by virtue of the laws of the State of Texas, hereby authorizes, approves, consents to, and adopts the following resolutions:

**WHEREAS**, management of FWLL has had the opportunity to fully consider each of the strategic alternatives available to FWLL; and

**WHEREAS**, in the judgment of management, it is desirable and in the best interest of FWLL, its creditors, and other interested parties that a petition be filed on behalf of FWLL seeking relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code");

**WHEREAS**, Section 10.9 of the FWLL Company Operating Agreement provides that action may be taken without a meeting if consent is in writing, setting forth the action to be taken, and signed by a majority of the membership interest holders; and

**NOW, THEREFORE, BE IT**

**RESOLVED** that Stan Bates as Chief Operating Officer (the "Designated Person") of FWLL is hereby authorized, directed and empowered, on behalf of and in the name of FWLL, to execute and verify a petition in the name of FWLL under chapter 11 of the Bankruptcy Code ("Chapter 11") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in such form and at such time as the Designated Person executing said petition shall determine; and be it

**RESOLVED FURTHER**, that the Designated Person is further authorized, directed, and empowered to file all petitions, schedules, lists and other motions, papers or documents, and to

take any and all actions that he deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operations of FWLL; and be it

RESOLVED FURTHER, that the Designated Person is authorized, directed and empowered on behalf of and in the name of FWLL to employ and retain the law firm of Pulman, Cappuccio, Pullen, Benson & Jones, LLP ("PCPBJ"), as general restructuring counsel for FWLL in the Chapter 11 case to represent and assist FWLL in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of FWLL, including filing pleadings; and in connection therewith, the Designated Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of PCPBJ; and be it

RESOLVED FURTHER, that the Designated Person is authorized, directed and empowered, on behalf of and in the name of FWLL to incur secured debtor-in-possession financing in connection with the filing of the Chapter 11 bankruptcy case, to the extent necessary, and to take such additional actions and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of FWLL pursuant thereto or in connection therewith, all with such changes therein and additions thereto as the Designated Person approves, such approval to be conclusively evidenced by the taking of such action or be the execution delivery thereof; and be it

RESOLVED FURTHER, that in addition to the specific authorizations hereto conferred upon the Designated Person of FWLL or his designees, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, FWLL, to take or cause to be taken any and all such further actions, to execute and deliver any and all such

agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by the Designated Person of FWLL or by PCPBJ to seek relief on behalf of FWLL under Chapter 11 or in connection with the Chapter 11 bankruptcy case, or any matter related thereto, be and hereby are adopted, ratified, confirmed and approved in all respects as the acts and deeds of FWLL; and be it

**RESOLVED FURTHER**, that the Designated Person be and is authorized and empowered, with full power of delegations, for and in the name and on behalf of FWLL to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions.

**IN WITNESS WHEREOF**, this *Written Consent of the Majority of Holders of Membership Interest in FWLL, LLC* is executed as of this 25th day of August, 2015.

Stan Bates
Holder of 51% of Membership Interests in
FWLL, LLC

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **FWLL, LLC**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Maverick Sands<br>119 Morris Lane<br>Cedar Creek, TX 78612 | | Non-Purchase Money | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$2,805,153.00** |
| Richard Thum<br>9806 Huebner Rd<br>San Antonio, TX 78240-3178 | | Non-Purchase Money | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$1,400,000.00** |
| Impulsa<br>114 Ashling<br>San Antonio, TX 78260 | | Non-Purchase Money | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$1,400,000.00** |
| Denise Cantu<br>2701 Pinehurst Dr.<br>Harlingen, TX 78550 | | Non-Purchase Money | *Contingent*<br>*Unliquidated*<br>*Disputed* | **$771,721.78** |
| Asher Logistics<br>209 W. 2nd Street<br>Box 282<br>Ft. Worth, TX 76102 | | Trade | | **$301,472.28** |
| Psamathe Sands, LLC<br>Attn: Dave Klein<br>8000 Jourdan Rd.<br>New Orleans, LA 70126 | | Trade | | **$240,654.68** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **FWLL, LLC**                                          Case No.

                                                               Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pacorini Global Services<br>Attn: Chuck Pacorini<br>5240 Coffee Drive<br>New Orleans, LA 70115-7755 | | Trade | | **$97,380.50** |
| CalFrac Well Services Corp.<br>717 17th Street, Suite 1445<br>Denver , CO 80202 | | Trade | | **$65,898.72** |
| Lamar Companies<br>PO Box 96030<br>Baton Rouge, LA 70896 | | Trade | | **$5,600.00** |
| IPFS Corporation<br>PO Box 730223<br>Dallas, TX 75373-0223 | | Insurance | | **$5,470.78** |
| Union Square SPE, LLC<br>Dept 873<br>PO Box 650002<br>Dallas, TX 75265 | | Trade | | **$4,623.00** |
| United Healthcare Services<br>PO Box 88106<br>Chicago, IL 60680-1106 | | Insurance | | **$2,402.53** |
| NavPort, LLC<br>4000 Chemical Road Suite 420<br>Plymouth Meeting, PA 19462 | | Trade | | **$2,132.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **FWLL, LLC**                                                          Case No.

                                                                             Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 | | Utility | | **$1,870.25** |
| D&B<br>PO Box 75434<br>Chicago, IL 60675-5434 | | Trade | | **$1,066.00** |
| Shale Oil & Gas Magazine<br>18756 Stone Oak Parkway<br>San Antonio, TX 78258 | | Trade | | **$1,000.00** |
| RLI Logistics Solutions<br>c/o CIG- South Texas LLC<br>209 W. 2nd Street<br>Fort Worth, TX 76102 | | Trade | | **$966.69** |
| CORT<br>5432 West Chester Road<br>West Chester, OH 45069 | | Trade | | **$447.40** |
| De Lage Landen Financial Services, Inc.<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | | Trade | | **$415.90** |
| Columbia IT<br>5005 West Avenue, Suite 101<br>San Antonio, TX 78213 | | Trade | | **$230.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **FWLL, LLC**                                              Case No.

                                                                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**8/27/2015**_____          Signature:__**/s/ Stan Bates**_____
                                                        ***Stan Bates***
                                                        **CEO**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **FWLL, LLC**

CASE NO

CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/27/2015 _____

Signature  __/s/ Stan Bates_____
  *Stan Bates*
  *CEO*

Date _____

Signature _____

AdamsIP, LLC
354 1/2 Dauphin Street
Mobile, AL 36602


Aflac
1932 Wynnton Road
Columbus, GA 31999


Albert Uresti, MPA
Bexar County Tax Assessor
233 N. Pecos La Trinidad
San Antonio, TX 78283-3950


Ali Hakeem
924 McCullogh Avenue
San Antonio, TX 78215


Allied Benefit Systems
200 West Adams Street, Suite 500
Chicago, IL 60606-6006


Andrew Lee
Jones Walker, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170


Asher Logistics
209 W. 2nd Street
Box 282
Ft. Worth, TX 76102


Astoria Ford
710 W. Marine
Astoria, OR 97103


AT&T
PO Box 5014
Carol Stream, IL 60197-5014

Big Star Branding
4009 Naco Perrin
San Antonio, TX 78217


Bohica International Trading
301 E. San Antonio
Boerne, TX 78006


C&W International Fabricators
5855 Cunningham Rd.
Houston, TX 77041


CalFrac Well Services Corp.
717 17th Street, Suite 1445
Denver , CO 80202


Canyon Frac
P.O. Box 970
Aransas Pass, TX 78335


Carlos Monarrez
Valdez & Monarrez, PLLC
207 North 15th Street
McAllen, TX 78501


Columbia IT
5005 West Avenue, Suite 101
San Antonio, TX 78213


CORT
5432 West Chester Road
West Chester, OH 45069


CPS Energy - Bankruptcy Section
145 Navarro, Mail Drop 110910
San Antonio, Texas 78205

D&B
PO Box 75434
Chicago, IL 60675-5434


Dan Swannie
119 Morris Lane
Cedar Creek, TX 78612


David Kinder
Dykema Cox Smith
112 East Pecan Street, Suite 1800
San Antonio, TX 78205


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602


Dealer Incentive, Inc.
20659 Stone Oak Parkway, Ste 811
San Antonio, TX 78258


Denise Cantu
2701 Pinehurst Dr.
Harlingen, TX 78550


Dish Network
PO Box 94063
Palatine, IL 60094-4063


Eco-Merge USA, LLC
100 South Congress Ave, Suite 2012
Austin, TX 78701


eFax
c/o j2 Global, Inc
6922 Hollywood Blvd, 5th Floor
Los Angeles, CA 90028

Elkhorn Ridge, LLC
11 Lynn Batts Lane #100
San Antonio, TX 78218


Equity Liaison Company, Inc.
5018 Highland Court
Austin, TX 78731


Farmers Insurance
Payment Processing Center
PO Box 660066
Dallas, TX 75266-0066


Farmers Insurance Exchange
PO Box 4665
Carol Stream, IL 60197-4665


Fifth Third Bank
PO Box 630778
Cincinnati, OH 45263-0778


FracXchange
8000 Research Forest Dr.
Suite 115
The Woodlands, TX 77382


Frost Insurance Agency
3611 Paesanos Parkway, Ste 100
San Antonio, TX 78231-1256


Gershon Cohen
PO Box 6331
San Antonio, TX 78209


Go-Pass
3701 Northwest Parkway
Broomfield, CO 80023

GQ Sands
9008 Fairview Rd.
Mazonomie, WI 53560


Guardian Protection
PO Box 37751
Philadelphia, PA 19101-5051


Guillermo Hoyos
129 Stone Hill Drive
San Antonio, TX 78258


Hunter Anderson
16514 Inwood Cove
San Antonio, TX 78248


Impulsa
114 Ashling
San Antonio, TX 78260


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223


Irasel, LLC
136 S. Timber Top Drive
The Woodlands, TX 77380


Juan Gloria
1346 Rivera Dr.
Eagle Pass, TX 78852

Knight Office Solutions
12961 Park Central, Ste 1470
San Antonio, TX 78216


Lamar Companies
PO Box 96030
Baton Rouge, LA 70896


Life Time Fitness, Inc.
2902 Corporate Place
Chanhassen, MN 55317


Lopez Printing, Inc.
427 Lombrano
San Antonio, TX 78207


Lori Graham, CPA PC
PO Box 941
302 E. 4th Steet
Lampasas, TX 76550


Lynda Kilby
8903 Hanover Forest
Helotes, TX 78023


Magic Barite, LLC
Attn: Margarito Alonzo
1141 N. Loop 1604 E. 105-190
San Antonio, TX 78232


Maverick Sands
119 Morris Lane
Cedar Creek, TX 78612


MH Designs
Attn: Mary Helen Rangel
7615 Chaps Drive
San Antonio, TX 78227

Microsoft Corporation
PO Box 842103
Dallas, TX 75284-2103


Mike Sivage Homes & Community LTD
4902 Alameda Blvd
NE Albuquerque, NM 87113


Mueller & Wilson, Inc.
PO Box 691387
San Antonio, TX 78269-1387


Munster & Associates, LLC
PO Box 690890
San Antonio, TX 78269


NavPort, LLC
4000 Chemical Road Suite 420
Plymouth Meeting, PA 19462


Nexus Energy
2058 N. Mills Ave #527
Claremont, CA 91711


North Park Buildings I & II LLC
c/o Peloton Management SA
PO Box 15039
San Antonio, TX 78209


Office Depot
PO Box 88040
Chicago, IL 60680-1040


Pacorini Global Services
Attn: Chuck Pacorini
5240 Coffee Drive
New Orleans, LA 70115-7755

Paul Acevedo
800 Dolorosa, Ste 102
San Antonio, TX 78207


Plant Materials, LLC
18866-103 Stone Oak Parkway
Suite 4
San Antonio, TX 78258


Prime Sands, LLC
610 East Jefferson Blvd.
Suite 110
Dallas, TX 75203


Psamathe Sands, LLC
Attn: Dave Klein
8000 Jourdan Rd.
New Orleans, LA 70126


Quick Courier
PO Box 791033
San Antonio, TX 78279-1033


Ramiro Garza III
4211 Gardendale Dr. #5I
San Antonio, TX 78229


Richard Thum
9806 Huebner Rd
San Antonio, TX 78240-3178


RLI Logistics Solutions
c/o CIG- South Texas LLC
209 W. 2nd Street
Fort Worth, TX 76102


S.A. Locksmith & Security
1004 Wurzbach Rd., Ste 348
San Antonio, TX 78230

Salacia Logistics
508 Legendre
New Orleans, LA 70460


SAPD
Alarm Investigation Office
315 S. Santa Rosa
San Antonio, TX 78207


Security Life
PO Box 860332
Minneapolis, MN 55486-0332


Shale Oil & Gas Magazine
18756 Stone Oak Parkway
San Antonio, TX 78258


Smart Business Inc.
6336 Avenida Chamisa
Santa Fe, NM 87507


Southton Rail Yard, LLC
PO Box 3403
LaFayette, LA 70502


Stephenson Group
37 Hollow Brook Road
Califon, NJ 07830


Texas Comptroller of Public Accounts
Revenue Accounting Division -Bankr. Sect
P.O. Box 13528 Capitol Station
Austin, TX 78711


Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284-1843

Texas Operators Production Services
Attn: Roger
306 Altgelt Ave.
San Antonio, TX 78201


Texas Workforce Commission
P.O. Box 149037
Austin, Texas 78714-9037


Texas Workforce Commission
TWC Building - Regulatory Integrity Div
101 East 15th Street
Austin, TX 78778


The Uresti Law Firm, PC
103 S. Comal Suite 102
San Antonio, TX 78207


Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


Town of Hollywood Park
#2 Mecca Dr.
Hollywood Park, TX 78232-2298


TSL, LLC
c/o Andrew McStay
Porto, Trueheart & McStay, LLC
5100 Westheimer, Ste 535
Houston, TX 77056

Turning Point Strategies, LLC
924 McCullough
San Antonio, TX 78215


Union Square SPE, LLC
Dept 873
PO Box 650002
Dallas, TX 75265

United Energy Transport
2313 Lockhill Selma #295
San Antonio, TX 78230


United Healthcare Services
PO Box 88106
Chicago, IL 60680-1106


United SA FCU
5500 UTSA Boulevard
San Antonio, TX 78249-1622


Uresti Law Firm
Attn: Carlos Uresti
924 McCullough
San Antonio, TX 78215


Wells Fargo Bank, NA
Attn: David Cook
12200 Northwest Frwy, Suite 200
Houston, TX 77092


Wendell Davis & Associates
422 Breesport
San Antonio, TX 78216

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:                                                        CHAPTER   **11**

**FWLL, LLC**

DEBTOR(S)                                                CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Carlos Uresti 924 McCullough San Antonio, TX 78215 | Membership Interest | 1% | |
| Shannon Smith 5755 Fulbright Road Beaumont, TX 77713 | Membership Interest | 48% | |
| Stan Bates 8923 Dietz Elkhorn Boerne, TX 78015 | Membership Interest | 51% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CEO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**8/27/2015**_____     Signature:__**/s/ Stan Bates**_____
                                                                          *Stan Bates*
                                                                          **CEO**