**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FWLL, LLC | § | BANKRUPTCY NO. 15-52071-CAG |
| | § | |
| DEBTOR | § | CHAPTER 11 CASE |
| | § | |

---

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

---

FWLL, LLC hereby files its Statement of Corporate Ownership Pursuant to Federal Rules

of Bankruptcy Procedure 1007(a)(1) and 7007.1 and submits that no entity owns 10% or more of

the Debtor's membership interests.  FWLL, LLC does own 100% of the membership interests in

FWLL SATX, LLC.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON& JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Thomas Rice*
　　Randall A. Pulman
　　Texas State Bar No. 16393250
　　rpulman@pulmanlaw.com
　　Thomas Rice
　　Texas State Bar No. 24025613
　　trice@pulmanlaw.com

**PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

{00032042}