#7 Motion to Limit Notice filed by Thomas Rice for Debtor FWLL, LLC.
#9 Motion for Approval of Payments on Insurance Premium Financing Agreement filed by Etan Z. Tepperman for Debtor FWLL,

# EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| FWLL, LLC | v. | | DISTRICT COURT Western - San Antonio | |
|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY Etan Tepperman Thomas Rice | | DEFENDANT'S ATTORNEY | DOCKET NUMBER 15-52071 | |
| | | | TRIAL DATE(S) 9/9/15 | |
| PRESIDING JUDGE **CRAIG A. GARGOTTA** | | ELECTRONIC COURT RECORDING OPERATOR Sylvia Lornes | COURTROOM DEPUTY **LISA ELIZONDO** | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
| 1 | | 9/9/15 | XX | 9/9/15 | Limited Service List |
| 2 | | 9/9/15 | XX | 9/9/15 | FWLL Service Matrix |
| 3 | | 9/9/15 | XX | 9/9/15 | Premium Finance Agreement |
| 4 | | 9/9/15 | XX | 9/9/15 | List of FWLL, LLC Insurance Policies |

FILED SEP 0 9 2015 U.S. BANKRUPTCY COURT BY _____ DEPUTY

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page(s)