IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FWLL, LLC | § | BANKRUPTCY NO. 15-52071-CAG |
| | § | |
| DEBTOR | § | CHAPTER 11 CASE |
| | § | |

---

## NOTICE OF APPLICATION TO EMPLOY PULMAN, CAPPUCCIO, PULLEN, BENSON & JONES, LLP AS COUNSEL TO THE DEBTOR

---

**This pleading requests relief that may be adverse to your interests.**

**If no timely Response is filed within 21 days from the date of service, the relief requested in the motion may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

Name of Client:                          FWLL, LLC ("Debtor")

Identity of Professional:              Pulman, Cappuccio, Pullen, Benson & Jones, LLP
                                                    2161 N.W. Military Highway, Suite 400
                                                    San Antonio, Texas 78213
                                                    (210) 222-9494 Telephone
                                                    (210) 892-1610 Facsimile

Nature of Profession:                  Counsel for Debtor-in-Possession

Conflicts:                                    None

Retainer:                                     $14,895.50

Proposed Compensation:            Hourly based on rates set forth in table

| Attorney | Hourly Rate |
|---|---|
| Randall A. Pulman | $425.00 |
| Thomas Rice, Partner | $350.00 |
| Etan Tepperman, Associate | $175.00 |
| Delbert Trevino, Paralegal | $110.00 |

{00035959}

List of other professionals in Case:       None

Respectfully submitted,

**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON& JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Randall A. Pulman*
      Randall A. Pulman
      Texas State Bar No. 16393250
      rpulman@pulmanlaw.com
      Thomas Rice
      Texas State Bar No. 24025613
      trice@pulmanlaw.com

**PROPOSED ATTORNEYS FOR FWLL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2015, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties on the attached service list, as required by Local Rule 2014(d).

*__Via email:  USTPRegion07.SN.ECF@usdoj.gov__*
United States Trustee - SA12
615 East Houston Street, Suite 533
Post Office Box 1539
San Antonio, Texas  78295-1539

*__Via CM/ECF: ron@smeberg.com, ronaldsmeberg@yahoo.com__*
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W. Kings Hwy
San Antonio, TX 78201

*__Via email:  davida@publicans.com__*
David G. Aelvoet on behalf of Creditor Bexar County
Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, Texas  78205

*/s/ Thomas Rice*
Thomas Rice

{00035959}

– 3 –

## <u>TOP TWENTY LARGEST UNSECURED CREDITORS</u>

Maverick Sands
119 Morris Lane
Cedar Creek, TX 78612

Richard Thum
9806 Huebner Rd
San Antonio, TX 78240

Impulsa
114 Ashling
San Antonio, TX 78260

Denise Cantu
2701 Pinehurst Dr.
Harlingen, TX 78550

Asher Logistics
209 W. 2nd Street
Box 282
Fort Worth, TX 76102

Psamathe Sands, LLC
Attn: Dave Klein
8000 Jourdan Rd.
New Orleans, LA 70126

Pacorini Global Services
Attn: Chuck Pacorini
5240 Coffee Drive
New Orleans, LA 70115-7755

CalFrac Well Services Corp.
717 17th Street, Suite 1445
Denver, CO 80202

Lamar Companies
PO Box 96030
Baton Rouge, LA 70896

IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223

{00035959}

Union Square SPE, LLC
Dept 873
PO Box 650002
Dallas, TX 75265

United Healthcasre Services
PO Box 88106
Chaicaog, IL 60680-1106

NavPort, LLC
4000 Chemical Road, Suite 420
Plymouth Meeting, PA 19462

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

D&B
PO Box 75434
Chicago, IL 60675-5434

Shale Oil & Gas Magazine
18756 Stone Oak Parkway
San Anotnio, TX 78258

RLI Logisitics Solutions
c/o CIG-South Texas LLC
209 W. 2nd Street
Fort Worth, Texas 76102

CORT
5432 West Chester Road
West Chester, OH 45069

De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Columbia IT
5005 West Avenue, Suite 101
San Antonio, Texas 78213

{00035959}