**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| FWLL, LLC | § § | BANKRUPTCY NO. 15-52071-CAG |
| DEBTOR | § § § | CHAPTER 11 CASE |

**NOTICE OF ORDER ON DEBTOR'S MOTION FOR ENTRY OF
ORDER LIMITING NOTICE AND ESTABLISHING NOTICE PROCEDURES**

Please take notice that on September 9, 2015, the Court entered its *Order on Debtor's Motion for Entry of Order Limiting Notice and Establishing Notice Procedures*, Doc. No. 19, granting *Debtor's Motion for Entry of Order Limiting Notice and Establishing Notice Procedures*, Doc. No. 7. A copy of the order is attached hereto as Exhibit A.

The Order provides that FWLL, LLC ("Debtor"), the debtor and debtor-in-possession, will only give notice to the entities listed on the Limited Service List, except for certain pleadings. A party-in-interest or creditor not on the Limited Service List can request that all pleadings continue to be served upon them by filing a Notice of Appearance with the Bankruptcy Court.

**IF YOU WOULD LIKE TO RECEIVE NOTICE OF <u>ALL</u> MOTIONS FILED IN THIS CASE, PLEASE SUBMIT A NOTICE OF APPEARANCE TO THE FOLLOWING:**

United States Bankruptcy Clerk,
Western District of Texas, San Antonio Division
Hipolito F. Garcia Federal Building and United States Courthouse
615 East Houston Street, Room 597
San Antonio, Texas 78205

{00040501}

Respectfully submitted,

**PULMAN, CAPPUCCIO, PULLEN, BENSON& JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Thomas Rice*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Thomas Rice
    Texas State Bar No. 24025613
    trice@pulmanlaw.com
    Etan Z. Tepperman
    Texas State Bar No. 24088514
    etepperman@pulmanlaw.com

**PROPOSED ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I certify that on the 18th day of September, 2015, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system, as set forth below. I further certify that it has been transmitted by first class mail to the parties on the attached creditor matrix.

*Via email: USTPRegion07.SN.ECF@usdoj.gov*
United States Trustee - SA12
615 East Houston Street, Suite 533
Post Office Box 1539
San Antonio, Texas 78295-1539

*Via CM/ECF: ron@smeberg.com, ronaldsmeberg@yahoo.com*
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W. Kings Hwy
San Antonio, TX 78201

*Via email: davida@publicans.com*
David G. Aelvoet on behalf of Creditor Bexar County
Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, Texas 78205

> */s/ Etan Z. Tepperman*
> Etan Z. Tepperman

```
Label Matrix for local noticing        FWLL, LLC                              U.S. BANKRUPTCY COURT
0542-5                                  10101 Reunion Place                    615 E. HOUSTON STREET, ROOM 597
Case 15-52071-cag                       Suite 950                              SAN ANTONIO, TX 78205-2055
Western District of Texas               San Antonio, TX 78216-4160
San Antonio
Tue Sep  1 16:22:58 CDT 2015

AT&T                                    AdamsIP, LLC                           Aflac
PO Box 5014                             354 1/2 Dauphin Street                 1932 Wynnton Road
Carol Stream, IL 60197-5014             Mobile, AL 36602-2420                  Columbus, GA 31999-0002


Albert Uresti, MPA                      Ali Hakeem                             Allied Benefit Systems
Bexar County Tax Assessor               924 McCullogh Avenue                   200 West Adams Street, Suite 500
233 N. Pecos La Trinidad                San Antonio, TX 78215-1642             Chicago, IL 60606-5215
San Antonio, TX 78207-3177


Andrew Lee                              Asher Logistics                        Astoria Ford
Jones Walker, LLP                       209 W. 2nd Street                      710 W. Marine
201 St. Charles Avenue, Suite 5100      Box 282                                Astoria, OR 97103-5824
New Orleans, LA 70170-5101              Ft. Worth, TX 76102-3021


Big Star Branding                       Bohica International Trading           C&W International Fabricators
4009 Naco Perrin                        301 E. San Antonio                     5855 Cunningham Rd.
San Antonio, TX 78217-2582              Boerne, TX 78006-2051                  Houston, TX 77041-4701


CORT                                    CPS Energy - Bankruptcy Section        CalFrac Well Services Corp.
5432 West Chester Road                  145 Navarro, Mail Drop 110910          717 17th Street, Suite 1445
West Chester, OH 45069-2950             San Antonio, Texas 78205               Denver , CO 80202-3303


Canyon Frac                             Carlos Monarrez                        Columbia IT
P.O. Box 970                            Valdez & Monarrez, PLLC                5005 West Avenue, Suite 101
Aransas Pass, TX 78335-0970             207 North 15th Street                  San Antonio, TX 78213-2790
                                        McAllen, TX 78501-4704


D&B                                     Dan Swannie                            David Kinder
PO Box 75434                            119 Morris Lane                        Dykema Cox Smith
Chicago, IL 60675-5434                  Cedar Creek, TX 78612-4877             112 East Pecan Street, Suite 1800
                                                                               San Antonio, TX 78205-1521


De Lage Landen Financial                Dealer Incentive, Inc.                 Denise Cantu
Services, Inc.                          20659 Stone Oak Parkway, Ste 811       2701 Pinehurst Dr.
PO Box 41602                            San Antonio, TX 78258-7495             Harlingen, TX 78550-8698
Philadelphia, PA 19101-1602


Dish Network                            Eco-Merge USA, LLC                     Elkhorn Ridge, LLC
PO Box 94063                            100 South Congress Ave, Suite 2012     11 Lynn Batts Lane #100
Palatine, IL 60094-4063                 Austin, TX 78701-4072                  San Antonio, TX 78218-3077
```

| | | |
|---|---|---|
| Equity Liaison Company, Inc.<br>5018 Highland Court<br>Austin, TX 78731-5407 | Farmers Insurance<br>Payment Processing Center<br>PO Box 660066<br>Dallas, TX 75266-0066 | Farmers Insurance Exchange<br>PO Box 4665<br>Carol Stream, IL 60197-4665 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | FracXchange<br>8000 Research Forest Dr.<br>Suite 115<br>The Woodlands, TX 77382-1506 | Frost Insurance Agency<br>3611 Paesanos Parkway, Ste 100<br>San Antonio, TX 78231-1256 |
| GQ Sands<br>9008 Fairview Rd.<br>Mazonomie, WI 53560-9722 | Gershon Cohen<br>PO Box 6331<br>San Antonio, TX 78209-0331 | Go-Pass<br>3701 Northwest Parkway<br>Broomfield, CO 80023-9479 |
| Guardian Protection<br>PO Box 37751<br>Philadelphia, PA 19101-5051 | Guillermo Hoyos<br>129 Stone Hill Drive<br>San Antonio, TX 78258-3657 | Hunter Anderson<br>16514 Inwood Cove<br>San Antonio, TX 78248-1921 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 | Impulsa<br>114 Ashling<br>San Antonio, TX 78260-3507 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Irasel, LLC<br>136 S. Timber Top Drive<br>The Woodlands, TX 77380-0979 | Juan Gloria<br>1346 Rivera Dr.<br>Eagle Pass, TX 78852-3723 | Knight Office Solutions<br>12961 Park Central, Ste 1470<br>San Antonio, TX 78216-2092 |
| Lamar Companies<br>PO Box 96030<br>Baton Rouge, LA 70896-9030 | Life Time Fitness, Inc.<br>2902 Corporate Place<br>Chanhassen, MN 55317-4773 | Lopez Printing, Inc.<br>427 Lombrano<br>San Antonio, TX 78207-1222 |
| Lori Graham, CPA PC<br>PO Box 941<br>302 E. 4th Steet<br>Lampasas, TX 76550-2827 | Lynda Kilby<br>8903 Hanover Forest<br>Helotes, TX 78023-3767 | MH Designs<br>Attn: Mary Helen Rangel<br>7615 Chaps Drive<br>San Antonio, TX 78227 |
| Magic Barite, LLC<br>Attn: Margarito Alonzo<br>1141 N. Loop 1604 E. 105-190<br>San Antonio, TX 78232-1339 | Maverick Sands<br>119 Morris Lane<br>Cedar Creek, TX 78612-4877 | Microsoft Corporation<br>PO Box 842103<br>Dallas, TX 75284-2103 |
| Mike Sivage Homes & Community LTD<br>4902 Alameda Blvd<br>NE Albuquerque, NM 87113-1736 | Mueller & Wilson, Inc.<br>PO Box 691387<br>San Antonio, TX 78269-1387 | Munster & Associates, LLC<br>PO Box 690890<br>San Antonio, TX 78269-0890 |

| | | |
|---|---|---|
| NavPort, LLC<br>4000 Chemical Road Suite 420<br>Plymouth Meeting, PA 19462-4702 | Nexus Energy<br>2058 N. Mills Ave #527<br>Claremont, CA 91711-2812 | North Park Buildings I & II LLC<br>c/o Peloton Management SA<br>PO Box 15039<br>San Antonio, TX 78212-8239 |
| Office Depot<br>PO Box 88040<br>Chicago, IL 60680-1040 | Pacorini Global Services<br>Attn: Chuck Pacorini<br>5240 Coffee Drive<br>New Orleans, LA 70115-7755 | Paul Acevedo<br>800 Dolorosa, Ste 102<br>San Antonio, TX 78207-4511 |
| Plant Materials, LLC<br>18866-103 Stone Oak Parkway<br>Suite 4<br>San Antonio, TX 78258 | Prime Sands, LLC<br>610 East Jefferson Blvd.<br>Suite 110<br>Dallas, TX 75203-2750 | Psamathe Sands, LLC<br>Attn: Dave Klein<br>8000 Jourdan Rd.<br>New Orleans, LA 70126-1134 |
| Quick Courier<br>PO Box 791033<br>San Antonio, TX 78279-1033 | RLI Logistics Solutions<br>c/o CIG- South Texas LLC<br>209 W. 2nd Street<br>Fort Worth, TX 76102-3021 | Ramiro Garza III<br>4211 Gardendale Dr. #5I<br>San Antonio, TX 78229-3180 |
| Richard Thum<br>9806 Huebner Rd<br>San Antonio, TX 78240-3178 | Richard Thum<br>c/o Patrick L. Huffstickler<br>Dykema Cox Smith<br>112 E. Pecan St., Suite 1800<br>San Antonio, Texas 78205-1521 | S.A. Locksmith & Security<br>1004 Wurzbach Rd., Ste 348<br>San Antonio, TX 78230 |
| SAPD<br>Alarm Investigation Office<br>315 S. Santa Rosa<br>San Antonio, TX 78207-4557 | Salacia Logistics<br>508 Legendre<br>New Orleans, LA 70460-3424 | Security Life<br>PO Box 860332<br>Minneapolis, MN 55486-0332 |
| Shale Oil & Gas Magazine<br>18756 Stone Oak Parkway<br>San Antonio, TX 78258-4790 | Smart Business Inc.<br>6336 Avenida Chamisa<br>Santa Fe, NM 87507-1615 | Southton Rail Yard, LLC<br>PO Box 3403<br>LaFayette, LA 70502-3403 |
| Stephenson Group<br>37 Hollow Brook Road<br>Califon, NJ 07830-3105 | TSL, LLC<br>c/o Andrew McStay<br>Porto, Trueheart & McStay, LLC<br>5100 Westheimer, Ste 535<br>Houston, TX 77056-5512 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 | Texas Operators Production Services<br>Attn: Roger<br>306 Altgelt Ave.<br>San Antonio, TX 78201-2601 | Texas Workforce Commission<br>P.O. Box 149037<br>Austin, Texas 78714-9037 |
| Texas Workforce Commission<br>TWC Building - Regulatory Integrity Div<br>101 East 15th Street<br>Austin, TX 78778-0001 | The Uresti Law Firm, PC<br>103 S. Comal Suite 102<br>San Antonio, TX 78207-4450 | Time Warner Cable<br>PO Box 60074<br>City of Industry, CA 91716-0074 |

Town of Hollywood Park  
#2 Mecca Dr.  
Hollywood Park, TX 78232-2298

Turning Point Strategies, LLC  
924 McCullough  
San Antonio, TX 78215-1642

Union Square SPE, LLC  
Dept 873  
PO Box 650002  
Dallas, TX 75265-0002

United Energy Transport  
2313 Lockhill Selma #295  
San Antonio, TX 78230-3007

United Healthcare Service  
PO Box 88106  
Chicago, IL 60680-1106

United Healthcare Services  
PO Box 88106  
Chicago, IL 60680-1106

United SA FCU  
5500 UTSA Boulevard  
San Antonio, TX 78249-1649

United States Trustee - SA12  
US Trustee's Office  
615 E Houston, Suite 533  
PO Box 1539  
San Antonio, TX 78295-1539

Uresti Law Firm  
Attn: Carlos Uresti  
924 McCullough  
San Antonio, TX 78215-1642

Wells Fargo Bank, NA  
Attn: David Cook  
12200 Northwest Frwy, Suite 200  
Houston, TX 77092-4900

Wendell Davis & Associates  
422 Breesport  
San Antonio, TX 78216

eFax  
c/o j2 Global, Inc  
6922 Hollywood Blvd, 5th Floor  
Los Angeles, CA 90028-6125

Thomas Rice  
Pulman, Cappuccio, Pullen, Benson & Jone  
2161 N.W. Military Highway  
Suite 400  
San Antonio, TX 78213-1844

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Bank  
PO Box 630778  
Cincinnati, OH 45263-0778

IPFS Corporation  
PO Box 730223  
Dallas, TX 75373-0223

Texas Comptroller of Public Accounts  
Revenue Accounting Division -Bankr. Sect  
P.O. Box 13528 Capitol Station  
Austin, TX 78711

---

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)De Lage Landen Financial Services, Inc.  
PO Box 41602  
Philadelphia, PA 19101-1602

End of Label Matrix  
Mailable recipients   102  
Bypassed recipients     1  
Total                 103

# EXHIBIT A

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 09, 2015**

_____
      **CRAIG A. GARGOTTA**
  **UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FWLL, LLC | § | BANKRUPTCY NO. 15-52071-CAG |
| | § | |
| DEBTOR | § | CHAPTER 11 CASE |
| | § | |

**ORDER ON DEBTOR'S MOTION FOR ENTRY OF ORDER
LIMITING NOTICE AND ESTABLISHING NOTICE PROCEDURES**

Come on for consideration the Debtor's *Motion for Entry of Order Limiting Notice and Establishing Notice Procedures* (the "Motion").[1] The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the

---

[1] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

{00036297}

Motion have been resolved by this Order or are overruled in their entirety; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

   **IT IS THEREFORE ORDERED** that the Motion is hereby granted;

   **IT IS FURTHER ORDERED** that the Debtor shall establish a shortened notice list (the "Limited Service List") limiting those parties who receive notice of all motions, pleadings, notices or other papers in these Case. The Limited Service List shall include the following parties:

   (a) the Office of the United States Trustee, at the following address:

United States Trustee
615 E. Houston Street, Suite 533
San Antonio, Texas 78205

   (b) until any committee is appointed pursuant to section 1102 of the Bankruptcy Code to the list of the top 20 largest unsecured creditors of the Debtor;

   (c) any committees appointed pursuant to section 1102 of the Bankruptcy Code and counsel to any such committees at the addresses provided by such parties;

   (d) the Debtor and counsel for the Debtor, at the following addresses:

Debtor:
FWLL, LLC
Attn: Stan Bates
10101 Reunion Place, Suite 950
San Antonio, Texas 78216
SBates@FourWindsLogistics.com (e-mail)

Debtor's Counsel:
Pulman, Cappuccio,
Pullen, Benson & Jones, LLP
Attn: Randall A. Pulman
Attn: Thomas Rice
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 892-1610 (Facsimile)
rpulman@pulmanlaw.com (e-mail)
trice@pulmanlaw.com (e-mail)

{00036297}  2

(e) the holders of claims or interests who file with the Court and serve on counsel for the Debtor a request for special notice; and

(f) any party against whom direct relief is sought, including, by way of example and not limitation, the non-debtor party to an executory contract being assumed or rejected and parties asserting interests in property being sold.

**IT IS FURTHER ORDERED** that the Debtor shall file the initial Limited Service List within 3 days after entry of an order granting the relief requested. A revised copy of the Limited Service List shall be filed 7 days after the initial Limited Service List is filed. The Debtor shall file an updated the Limited Service List, (i) at least every 7 days during the first 30 days of the Case; (ii) at least every 15 days during the next 60 days of the Case; and (iii) at least every 30 days thereafter throughout this case;

**IT IS FURTHER ORDERED** that any person filing a motion, pleading or other paper in these Case shall serve such motion, pleading or paper on (a) all parties in interest listed on the most recent Limited Service List; and (b) any creditor or other party in interest whose interests are likely affected directly by the motion, pleading or proceeding. Such person shall file a certificate of service with the Court identifying the interested parties served;

**IT IS FURTHER ORDERED** that the following shall be provided to all known creditors and other parties in interest, at their last address known to the Debtor, unless otherwise ordered by the Court: (a) notice of the first meeting of creditors pursuant to Section 341 or 1104(b) of the Bankruptcy Code; (b) notice of the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c); (c) notice of the time fixed for filing objections to the disclosure statement and notice of the hearing to consider approval of a disclosure statement; (d) notice of the time fixed for filing objections to the plans of reorganization and notice of the hearing to

consider confirmation of a plan of reorganization; (e) notice of and transmittal of ballots for accepting or rejecting a plan of reorganization; (f) notice of the time fixed to accept or reject a proposed modification of a plan of reorganization; and (g) notice of any hearing on a motion to convert or dismiss one or more of the Case; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

Submitted by:

**PULMAN, CAPPUCCIO,
PULLEN, BENSON, & JONES, LLP**
Randall A. Pulman
Texas State Bar No.16393250
rpulman@pulmanlaw.com
Thomas Rice
Texas State Bar No. 24025613
trice@pulmanlaw.com
Etan Z. Tepperman
Texas State Bar No. 24088514
etepperman@pulmanlaw.com
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**PROPOSED ATTORNEYS FOR FWLL, LLC**