**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FWLL, LLC, | § | BANKRUPTCY NO. 15-52071-CAG |
|     DEBTOR | § | CHAPTER 11 CASE |
| | § | |

**NOTICE OF FILING OF LIMITED SERVICE LIST AS OF SEPTEMBER 18, 2015**

Pursuant to the *Order on Debtor's Motion for Entry of Order Limiting Notice and Establishing Notice Procedures*, entered by the Court on September 9, 2015, the Debtor submits this *Notice of Filing of Limited Service List as of September 18, 2015*. The Limited Service List, as of September 18, 2015, as maintained by the Debtor is attached hereto as Exhibit A.

    Respectfully submitted,

    **PULMAN, CAPPUCCIO,
    PULLEN, BENSON & JONES, LLP**
    2161 NW Military Highway, Suite 400
    San Antonio, Texas 78213
    www.pulmanlaw.com
    (210) 222-9494 Telephone
    (210) 892-1610 Facsimile

    By: */s/ Etan Z. Tepperman*
        Randall A. Pulman
        Texas State Bar No. 16393250
        rpulman@pulmanlaw.com
        Thomas Rice
        Texas State Bar No. 24025613
        trice@pulmanlaw.com
        Etan Z. Tepperman
        Texas State Bar No. 24088514
        etepperman@pulmanlaw.com

    **PROPOSED ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2015, a true and correct copy of the Notice of Filing of Limited Service List as of September 18, 2015 was filed with the Court and served upon those parties identified on Exhibit A.

*/s/ Etan Z. Tepperman*
Etan Z. Tepperman

# Exhibit A

# Exhibit A

I<small>N</small> T<small>HE</small> U<small>NITED</small> S<small>TATES</small> B<small>ANKRUPTCY</small> C<small>OURT</small>
F<small>OR</small> T<small>HE</small> W<small>ESTERN</small> D<small>ISTRICT OF</small> T<small>EXAS</small>
S<small>AN</small> A<small>NTONIO</small> D<small>IVISION</small>

| | | |
|---|---|---|
| I<small>N RE</small>: | § | |
| | § | |
| FWLL, LLC | § | B<small>ANKRUPTCY</small> N<small>O</small>. 15-52071-<small>CAG</small> |
| | § | |
| D<small>EBTOR</small> | § | C<small>HAPTER</small> 11 C<small>ASE</small> |
| | § | |

## LIMITED SERVICE LIST

**DEBTOR**

FWLL, LLC
Attn: Stan Bates
10101 Reunion Place, Suite 950
San Antonio, Texas 78216
SBates@FourWindsLogistics.com (e-mail)

**DEBTOR'S COUNSEL**

Pulman, Cappuccio, Pullen, Benson & Jones, LLP
Attn: Randall A. Pulman
Attn: Thomas Rice
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 892-1610 (Facsimile)
rpulman@pulmanlaw.com (e-mail)
trice@pulmanlaw.com (e-mail)

**TOP TWENTY LARGEST UNSECURED CREDITORS**

Maverick Sands
119 Morris Lane
Cedar Creek, TX 78612

Richard Thum
9806 Huebner Rd
San Antonio, TX 78240

Impulsa
114 Ashling
San Antonio, TX 78260

{00047017}

– 2 –

Denise Cantu
2701 Pinehurst Dr.
Harlingen, TX 78550

Asher Logistics
209 W. 2nd Street
Box 282
Fort Worth, TX 76102

Psamathe Sands, LLC
Attn: Dave Klein
8000 Jourdan Rd.
New Orleans, LA 70126

Pacorini Global Services
Attn: Chuck Pacorini
5240 Coffee Drive
New Orleans, LA 70115-7755

CalFrac Well Services Corp.
717 17th Street, Suite 1445
Denver, CO 80202

Lamar Companies
PO Box 96030
Baton Rouge, LA 70896

IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223

Union Square SPE, LLC
Dept 873
PO Box 650002
Dallas, TX 75265

United Healthcasre Services
PO Box 88106
Chaicaog, IL 60680-1106

NavPort, LLC
4000 Chemical Road, Suite 420
Plymouth Meeting, PA 19462

{00047017}          – 2 –

– 3 –

Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074

D&B
PO Box 75434
Chicago, IL 60675-5434

Shale Oil & Gas Magazine
18756 Stone Oak Parkway
San Anotnio, TX 78258

RLI Logisitics Solutions
c/o CIG-South Texas LLC
209 W. 2nd Street
Fort Worth, Texas 76102

CORT
5432 West Chester Road
West Chester, OH 45069

De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602

Columbia IT
5005 West Avenue, Suite 101
San Antonio, Texas 78213

**UNITED STATES TRUSTEE**

*Via email: USTPRegion07.SN.ECF@usdoj.gov*
United States Trustee - SA12
615 East Houston Street, Suite 533
Post Office Box 1539
San Antonio, Texas 78295-1539

**PARTIES REQUESTING NOTICE**

*Via CM/ECF: ron@smeberg.com, ronaldsmeberg@yahoo.com*
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W. Kings Hwy
San Antonio, TX 78201

{00047017}

– 4 –

***Via email:  davida@publicans.com***
David G. Aelvoet on behalf of Creditor Bexar County
Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, Texas  78205

{00047017}