IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FWLL, LLC | § | BANKRUPTCY NO. 15-52071-CAG |
| | § | |
| DEBTOR | § | CHAPTER 11 CASE |
| | § | |

**DEBTOR'S RESPONSE TO MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE MOTION TO APPOINT CHAPTER 11 TRSUTEE**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

FWLL, LLC ("Debtor"), the Debtor and Debtor-in-Possession in the above captioned bankruptcy case (the "Case"), hereby files this *Response to Motion to Convert Case to Chapter 7 or in the Alternative Motion to Appoint Chapter 11 Trustee* (the "Response") to the *Motion to Convert Case to Chapter 7 or in the Alternative Motion to Appoint Chapter 11 Trustee* [Dckt. No. 36](the "Motion"). In support of the Response, Debtor respectfully represents as follows:

**RESPONSE TO MOTION**

1. Admit.

2. Debtor admits the date the case was filed, but denies the rest of paragraph 2.

3. Deny.

4. Deny.

5. Deny.

6. Paragraph 6 is a statement of legal conclusions for which no response is required; however, to the extent a response is required, Debtor denies the statements contained in paragraph 6.

{00067273}

7. Deny.

8. Deny.

9. Deny. While a chapter 7 trustee can pursue certain causes of action, there may be rights that a chapter 11 trustee could pursue through confirmation of a liquidating plan, which would further benefit the trade creditors in this case. The request by 2040 Babcock, Ltd. and other investors is an attempt to shield themselves from liability to innocent trade creditors.

10. Deny.

11. Stan Bates, the Debtor's remaining officer, is unable to continue managing the affairs of the Debtor for the purpose of paying the innocent trade creditors, given the animosity and intent of investors such as 2040 Babcock, Ltd. to settle their personal vendetta against Mr. Bates. Debtor is willing to agree to the appointment of a chapter 11 trustee, so that a plan may be proposed to benefit the trade creditors in this case.

12. Paragraph 12 is a statement of legal conclusions for which no response is required; however, to the extent a response is required, Debtor denies the statements contained in paragraph 12.

13. Deny.

WHEREFORE, the Debtor respectfully requests that the Court enter an order denying the request to convert the case to chapter 7; instead, the Court should appoint a chapter 11 trustee to manage the affairs of the Debtor and grant such other and further relief as may be just and proper.

Respectfully submitted,

**PULMAN, CAPPUCCIO,
PULLEN, BENSON & JONES, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Thomas Rice*
    Randall A. Pulman
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Thomas Rice
    Texas State Bar No. 24025613
    trice@pulmanlaw.com

**PROPOSED ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2015, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system. I further certify that it has been transmitted by first class mail to the parties as set forth below.

***Via CM/ECF: davida@publicans.com***
David G. Aelvoet on behalf of Creditor Bexar County
Linebarger, Goggan, Blair & Sampson, LLP
711 Navarro Street, Suite 300
San Antonio, Texas 78205

***Via CM/ECF: battaglialaw@outlook.com***
Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

***Via CM/ECF: sbebout@toddlawfirm.com, janie@toddlawfirm.com***
Shane M Bebout
Todd, Barron, Thomason, Hudman & Baxter, P.C.
3800 E. 42nd Street, Suite 409
Odessa, Texas 79762-5982

***Via CM/ECF : mmintz@joneswalker.com, mmcadory@joneswalker.com***
Mark A. Mintz
Jones Walker, LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100

***Via CM/ECF: smoore@andersontobin.com, lgraves@andersontobin.com***
J Seth Moore
Anderson Tobin, PLLC
One Galleria Tower
13355 Noel Rd., Suite 1900
Dallas, TX 75240

***Via CM/ECF: USTPRegion07.SN.ECF@usdoj.gov***
United States Trustee - SA12
615 East Houston Street, Suite 533
Post Office Box 1539
San Antonio, Texas 78295-1539

{00067273}

*Via CM/ECF: ron@smeberg.com, ronaldsmeberg@yahoo.com*
Ronald J. Smeberg
The Smeberg Law Firm, PLLC
2010 W. Kings Hwy
San Antonio, TX 78201

*Via Frist Class US Mail*
Denise Cantu
2701 Pinehurst Dr.
Harlingen, TX 78550

                                              */s/ Thomas Rice*
                                              Thomas Rice