**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2015**

_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| _____ § | | |
| In re: § | | **CASE NO. 15-52071-CAG** |
| § | | |
| FWLL, LLC, § | | **Chapter 11** |
|     Debtor, § | | |
| _____ § | | |

**ORDER ON MOTION TO CONVERT CASE TO CHAPTER 7 OR IN THE ALTERNATIVE**
**MOTION TO APPOINT CHAPTER 11 TRUSTEE**

      This matter came before the Court pursuant to the Motion of 2040 Babcock, Ltd to Convert Case to Chapter 7 or in the Alternative Motion to Appoint Chapter 11 Trustee (the "Motion"). Based upon the Motion, the information contained therein, the evidence and supporting testimony presented at a hearing on the Motion, and the arguments of counsel, if any, this Court is of the opinion that good cause exists to convert this case from Chapter 11 to Chapter 7 and a conversation to Chapter 7 is in the best interest of the creditors and other parties in interest. It is, therefore:

      ORDERED that Debtor's Chapter 11 case is Converted to Chapter 7

###

**Submitted By:**

THE SMEBERG LAW FIRM PLLC

By:    /s/<u>Ronald Smeberg</u>
        Ronald Smeberg
        Texas Bar No. 24033967
        2010 West Kings Highway
        San Antonio, Texas 78201
        210-695-6684 (Off)
        210-598-7357 (Fax)

ATTORNEY FOR 2040 Babcock, Ltd.