#36 Motion to Convert Case From Chapter 11 to Chapter 7 (Filing Fee: $ 15.00 ) filed by Ronald J. Smeberg for Interested Party 2040 Babcock, Ltd

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| 2040 Babcock, Ltd. | v. | FWLL, LLC | DISTRICT COURT<br>Western - San Antonio |
|---|---|---|---|
| **PLAINTIFF'S ATTORNEY**<br><br>Ronald Smeberg | **DEFENDANT'S ATTORNEY**<br><br>Randall Pullman | | **DOCKET NUMBER**<br>15-52071 |
| | | | **TRIAL DATE(S)**<br>11/4/15 |
| **PRESIDING JUDGE**<br>**CRAIG A. GARGOTTA** | **ELECTRONIC COURT RECORDING OPERATOR**<br>Cindy Sanchez | | **COURTROOM DEPUTY**<br>**LISA ELIZONDO** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | 11/4/15 | XX | 11/4/15 | **Trustee's Exhibit 1** - Digital Recording of the 341 Meeting Conducted 10/19/15 with Certification of Authenticity Under FRBP 2003(C) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | FILED<br>NOV - 4 2015<br>U.S. BANKRUPTCY COURT<br>BY _____ DEPUTY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | PICK UP |
| | | | | | 3-16-17 |
| | | | | | |
| | | | | | [signature] |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 o

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
NANCY RATCHFORD
ASSISTANT U. S. TRUSTEE
615 E. Houston, Rm. 533
San Antonio, TX 78295-1539
Telephone: (210) 472-4640
Fax: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
DIVISION

IN RE:

FWLL, LLC § 
 § 
 § CASE NO. – 15-52071- CAG
 § CHAPTER 11
 § 
DEBTOR § 

CERTIFICATION OF AUTHENTICITY UNDER FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2003(C)

I hereby certify that pursuant to FRBP 2003(c), a copy of the original digital recording of the §341 meeting conducted October 19, 2015 in the captioned case was reproduced under my direct control and supervision by the Office of the U.S. Trustee on November 4, 2015.

This 4th day of November, 2015.

JUDY A. ROBBINS
UNITED STATES TRUSTEE
Region 7

By: _____
Nancy Ratchford
Assistant U. S. Trustee
Texas Bar No. 16558500
615 E. Houston St., Room 533
San Antonio, TX 78295-1539
(210) 472-4640
(210) 472-4649 Fax
E-mail: Nancy.Ratchford@usdoj.gov